In the Matter of VINCENT H. BARLOW, Respondent-Appellant, v. PRESIDENT AND THE COMMISSIONERS OF THE NEW YORK STATE DEPARTMENT OF CIVIL SERVICE, Appellants-Respondents.— *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum *Per Curiam.*